O

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

ROBERT WILLIAM L.,

      Plaintiff,

   v.

FRANK BISIGNANO,
Commissioner of Social Security,

      Defendant.

Case No. 2:25-cv-08565-SSS-KES

ORDER ACCEPTING REPORT AND RECOMMENDATION OF U.S. MAGISTRATE JUDGE

Pursuant to 28 U.S.C. § 636, the Court has reviewed the pleadings, briefs, and other records on file herein (Dkt. 1, 9, 11, 17, 18), and the Report and Recommendation ("R&R") of the United States Magistrate Judge (Dkt. 19). No objections to the R&R were filed, and the deadline for filing such objections has passed. The Court accepts the report, findings, and recommendations of the Magistrate Judge.

IT IS THEREFORE ORDERED that the R&R is accepted and approved, and Judgment shall be entered reversing the decision of the Commissioner and remanding the case for further administrative proceedings.

DATED: June 1, 2026

_____

Hon. Sunshine Suzanne Sykes
UNITED STATES DISTRICT JUDGE