JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

ROBERT WILLIAM L.,

    Plaintiff,

    v.

FRANK BISIGNANO,
Commissioner of Social Security,

    Defendant.

Case No. 2:25-cv-08565-SSS-KES

**JUDGMENT**

IT IS HEREBY ADJUDGED that, for the reasons set forth in the Report and Recommendation (Dkt. 19), the decision of the Commissioner of the Social Security Administration is reversed and this action is remanded for further proceedings consistent with the Court's orders.

DATED: June 1, 2026



_____

Hon. Sunshine Suzanne Sykes
UNITED STATES DISTRICT JUDGE