Francesco Benavides, CSBN 258924
Law Offices of Francesco Benavides
  1990 N. California Blvd.  8th Floor
  Walnut Creek, CA 94596
  Tel: (925) 222-7071
  Email: francesco@benavidesdisabilitylaw.com

Attorney for Plaintiff
ROBERT WILLIAM LUCAS

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ROBERT WILLIAM LUCAS,<br><br>Plaintiff,<br><br>v.<br><br>FRANK BISIGNANO,<br>Commissioner of Social Security,<br><br>Defendant. | Case No. 2:25-cv-08565-SSS-KES<br><br>[~~PROPOSED~~] ORDER FOR THE AWARD AND PAYMENT OF ATTORNEY FEES AND EXPENSES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT |

  Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees and Expenses, **IT IS ORDERED** that fees and expenses in the amount of $10,000.00 as authorized by 28 U.S.C. § 2412, and no costs under 28 U.S.C. § 1920, be awarded subject to the terms of the Stipulation.

DATE:_June 12, 2026_____  _Karen E. Scott_____
            HON. KAREN E. SCOTT
            UNITED STATES MAGISTRATE JUDGE